United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANETTE PLAZA,<br><br>          Plaintiff,<br>    v.<br><br>OFFICE OF DISABILITY ADJUDICATION AND REVIEW SSA ODAR HEARING OFFICE,<br><br>          Defendant. | Case No.: 5:13-cv-0773-PSG<br><br>**ORDER TO SHOW CAUSE** |

Although process was served on Defendant in April, there has been no activity in this case since that time. Defendant failed to file an answer, and Plaintiff has failed to seek default judgment. Accordingly, Plaintiff is ordered to file a letter on the docket by November 10, 2013 to show cause why the case should not be dismissed for failure to prosecute.

Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED

Dated: October 10, 2013

                                                            _____
                                                            PAUL S. GREWAL
                                                            United States Magistrate Judge

Case No.: 5:13-cv-0773
ORDER TO SHOW CAUSE